555

*N. Brian Caverly,* with him *Bedford, Waller, Griffith, Darling & Mitchell,* for appellant.

*Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for appellee.

OPINION PER CURIAM, May 27, 1970:
Order affirmed.

Taylor, Appellant, *v.* Allegheny County Board of Commissioners.

Submitted March 19, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Donald F. Taylor,* appellant, in propria persona.

*Anthony V. DeCello,* Assistant County Solicitor, *Francis A. Barry,* Deputy County Solicitor, and *Maurice Louik,* County Solicitor, for appellee.

OPINION PER CURIAM, May 27, 1970:

Decree affirmed. Cf. *Hartmann v. Peterson,* 438 Pa. 291, 265 A. 2d 127 (1970).

Each side to pay own costs.

Mr. Justice ROBERTS dissents.